FILED '09 APR 13 16:12 USDC-ORE

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| DONALD CLUTE, ) | |
| ) | |
| Plaintiff, ) | CV 07-1594-HO |
| ) | |
| vs. ) | ORDER AWARDING FEES |
| ) | PURSUANT TO THE EQUAL ACCESS |
| MICHAEL J. ASTRUE, ) | TO JUSTICE ACT |
| Commissioner of Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $7,325.00 are awarded to Plaintiff's attorney, Rory Linerud, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. The EAJA fees are payable to Plaintiff's attorney, Rory Linerud, and are to be sent directly to Rory Linerud. There are no costs and expenses to be paid herein.

IT IS SO ORDERED.

DATED this 13th day of April, 2009.

_____
Michael R. Hogan
United States District Court Judge

Presented by:
S/RORY J. LINERUD
LINERUD LAW FIRM, OSB # 97006
PO Box 1105
Salem, OR 97308-1105
503-587-8776
Attorney for Plaintiff
rorylinerud@hotmail.com

ORDER - FEES PURSUANT TO THE EQUAL ACCESS TO JUSTIC ACT
Page 1